IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Kidd, Dominique L | Case Number:  07 B 00658 |
|  | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  1/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  March 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,320.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,191.53 |
| Trustee Fee: | | 128.47 |
| Other Funds: | | 0.00 |
| Totals: | 2,320.00 | 2,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,449.00 | 2,191.53 |
| 2. | Internal Revenue Service | Priority | 9,043.20 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 337.75 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 137.86 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 24.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 38.04 | 0.00 |
| 7. | Nuvell Credit Company LLC | Unsecured | 1,153.70 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 12.25 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 812.00 | 0.00 |
| 10. | Custom Collection | Unsecured | 25.60 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 12. | Armor Systems Co | Priority | | No Claim Filed |
| 13. | Secretary Of State | Priority | | No Claim Filed |
| 14. | Armor Systems Co | Priority | | No Claim Filed |
| 15. | Ameristar Financial Company | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 18. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 20. | Conscrdtsvcs | Unsecured | | No Claim Filed |
| 21. | Verizon Wireless | Unsecured | | No Claim Filed |
| 22. | Garretson & Santora | Unsecured | | No Claim Filed |
| 23. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 24. | Account Recovery Service | Unsecured | | No Claim Filed |
| 25. | Jeffery Leving Ltd | Unsecured | | No Claim Filed |
| | | | $ 14,058.40 | $ 2,191.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kidd, Dominique L | Case Number:  07 B 00658 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  1/15/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 109.62 |
| 6.5% | 18.85 |
| | $ 128.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*